# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138722(48)(51)

WILHELMENA BURISE and
RALPH BURISE,
          Plaintiffs-Appellees,

v                                                    SC: 138722
                                                     COA: 281443
                                                     Oakland CC: 2007-084981-NO
CITY OF PONTIAC,
          Defendant-Appellant.
_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's September 28, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

d0125